John E. Haapala, OSB No. 061739  
E-mail: jeh@haapalaw.com  
401 E 10th Ave., Suite 240,  
Eugene, Oregon 97401  
Phone: 541-345-8474  
Fax: 541-345-3237  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NATALIE ACTON,**<br><br>Plaintiff<br><br>v.<br><br>**COMMISSIONER,**<br>Social Security Administration<br><br>Defendant. | CIVIL CASE NO1:13-cv-00185-HZ<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of **$7125.47** is awarded to Plaintiff. Defendant shall mail the check to Plaintiff's attorney's office as follows: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401. If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset

/ / /

/ / /

/ / /

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO EAJA

Program, Defendant shall make the check payable to Plaintiff's attorney, John Haapala.

There are no costs or expenses to be paid herein.

Dated this __23__ day of October, 2014.

                                                      MARCO A. HERNANDEZ
                                                      United States District Judge

Submitted by:
John E. Haapala, OSB No. 061739
(541) 345-8474, Attorney for Plaintiff

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO EAJA